UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

COLE JOHN
DAUGHENBAUGH                                                          PETITIONER

v.                       Case No. 2:17-cv-00088-KGB/JTR

G. BEASLEY, Warden                                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Cole John Daughenbaugh's claims are dismissed without prejudice.

So adjudged this the 10th day of January, 2018.

_____
Kristine G. Baker
United States District Judge